ACCEPTED
03-15-00619-CV
7321479
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/9/2015 8:57:49 PM
JEFFREY D. KYLE
CLERK

IN THE COURT OF APPEALS
THIRD DISTRICT OF TEXAS

| | | |
|---|---|---|
| KEITH WILEY | § | FILED IN<br>3rd COURT OF APPEALS<br>AUSTIN, TEXAS |
| | § | |
| Plaintiff | § | 10/9/2015 8:57:49 PM |
| | § | JEFFREY D. KYLE |
| vs. | § | Clerk 03-15-00619-CV |
| | § | |
| HOCUTT, INC. | § | |
| | § | |
| Defendant. | § | |

## DEFENDANT HOCUTT, INC.'S MOTION TO DISMISS INTERLOCUTORY APPEAL OF PLAINTIFF

**TO THE HONORABLE JUDGE OF SAID COURT:**

Comes Now, Hocutt, Inc., one of the Defendants in the above-styled case, and files this Motion to Dismiss Interlocutory Appeal filed by Plaintiff Keith Wiley and would should the Court the following:

**I.**

By Order dated September 11, 2015, the 201st District Court of Travis County, Texas granted Defendant Hocutt, Inc.'s Traditional and No Evidence Motion for Summary Judgment.

On or about October 1, 2015, Plaintiff Keith Wiley filed a Motion for an Interlocutory Appeal and an Interlocutory Appeal. The Court has no Jurisdiction for this appeal. The Motion for an Interlocutory Appeal sited Texas Rules of Appellant Procedure 168(c) as the basis for his Motion. Defendant would assert

herein that no such rule of Appellant Procedure exists and therefore Plaintiff has no basis for the filing of his Motion.

Further, Plaintiff's Interlocutory Appeal sites that it is filed pursuant to Texas Civil Practice and Remedies Code 51.014; however, upon review of Civil Practice and Remedies Code §51.014, the summary judgment granted in favor of Defendant Hocutt, Inc. in this case does not meet any of the specific criteria set forth in §51.014. The Court may only exercise jurisdiction over final judgments or orders that are otherwise appealable. *Lehman v. Har-Con Corp.*, 39 S.W.3d 191, 195, 205 (Tex. 2001).

Accordingly, Defendant herein moves the Court to deny Plaintiff's Motion for an Interlocutory Appeal and dismiss Plaintiff's Interlocutory Appeal, and for such other and further relief to which it may be justly entitled.

Respectfully submitted,

**NEAL P. FLAGG, P.C.**

By: /s/ Neal P. Flagg
     **NEAL P. FLAGG**
     State Bar No.: 07102500
     7 Innisbrook Court
     Frisco, Texas 75034
     Telephone: (214) 727-9941
     Facsimile: (972) 722-5307
     Email: neal@nealflagglaw.com

     **ATTORNEY FOR DEFENDANT**
     **HOCUTT, INC.**

## <u>CERTIFICATE OF CONFERENCE</u>

Defendant attempted to contact Plaintiff Keith Wiley to discuss the contents of this Motion but was unsuccessful and/or unable to reach agreement about the contents of the Motion.

/s/ Neal P. Flagg
**NEAL P. FLAGG**

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that a true and correct copy of the above and foregoing has

been forwarded on this 9th day of October, 2015 to the following:


***<u>Via E-Service and Email</u>***
Keith Wiley
1714 Rutland Drive, #318
Austin, Texas 78758
***Plaintiff, Pro-Se***


/s/ Neal P. Flagg
**NEAL P. FLAGG**